IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

## Full Caption of Later Filed Case:

Charles Franz, individually and on behalf of all others similarly situated,

Plaintiff

vs.

National Football League, NFL Properties LLC, NFL Enterprises, LLC, Arizona Cardinals Football Club LLC, Atlanta Falcons Football Club, LLC, Baltimore Ravens Limited Partnership, Buccaneers Team LLC, Buffalo Bills LLC, Panthers Football, LLC, The Chicago Bears Football Club, Inc., Chargers Football Company, LLC, Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., The Detroit Lions Inc., Football Northwest LLC, Green Bay Packers, Inc., Houston NFL Holdings, L.P., Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Raiders Football Club, LLC, Miami Dolphins Ltd., Minnesota Vikings Football LLC, New England Patriots LLC, New Orleans Louisiana Saints, L.L.C, New York Football Giants Inc., New York Jets LLC, Inc., PDB Sports, Ltd. d/b/a The Denver Broncos Football Club, Philadelphia Eagles, LLC, Pittsburgh Steelers LLC, The Los Angeles Rams, LLC, Forty Niners Football Company LLC, Tennessee Football, Inc., Pro-Football, Inc., and Fanatics, LLC,

Defendant

Case Number

1:23-cv-11288

## Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Saul Maldonado, Dean Santos, Lesia Dunn, Kimberly Ann Marckmann, and Louis Hibbs, individually and on behalf of all others similarly situated,

Plaintiff

vs.

National Football League, Inc., National Football League Properties, Inc., NFL Enterprises, LLC, Arizona Cardinals Football Club LLC, Atlanta Falcons Football Club, LLC, Baltimore Ravens Limited Partnership, Buccaneers Team LLC, Buffalo Bills LLC, Carolina Panthers, LLC, The Chicago Bears Football Club, Inc., Chargers Football Company, LLC, Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., Detroit Lions Inc., Football Northwest LLC, Green Bay Packers, Inc., Houston NFL Holdings, L.P., Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Las Vegas Raiders

Defendant

Case Number

1:22-cv-02289

IH-32                                                                                            Rev: 2014-1

Status of Earlier Filed Case:

_____   Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary
                      dismissal, settlement, court decision.  Also, state whether there is an appeal
                      pending.)

_____   Open          (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

Signature: _____     Date: _____

Firm: _____