UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHARLES FRANZ, INDIVIDUALLY AND ON   :
BEHALF OF ALL OTHERS SIMILARLY SITUATED,, :
               *Plaintiff,*  :
                 :    23-cv-11288 (ALC)
    -against-                :    **ORDER**
                 :
NATIONAL FOOTBALL LEAGUE, et al.,  :
             *Defendants*.  :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the parties' letters regarding Defendants' anticipated motions to dismiss the Complaint. ECF Nos. 13, 18, 23-24. This case is hereby **STAYED** pending resolution of the pending motion to dismiss in *Casey's Distrib., Inc. v. National Football League*, No. 1:22-cv-03934.

**SO ORDERED.**

**Dated:**    **March 4, 2024**
           **New York, New York**            **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**