UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHARLES FRANZ, INDIVIDUALLY AND ON :
BEHALF OF ALL OTHERS SIMILARLY SITUATED,, :
                *Plaintiff,* :
                                                                            : 23-cv-11288 (ALC)
              -against-                            : **ORDER**
                                                                           :
NATIONAL FOOTBALL LEAGUE, et al., :
                *Defendants.* :
------------------------------------------------------------------ :
                                                                                          X

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' letters (ECF Nos. 39 and 40) regarding the stay in this case in light of *Casey's Distrib., Inc. v. National Football League*, No. 1:22-cv-03934. The parties are **ORDERED** to appear at a telephonic status conference on September 3, 2025 at 3:00 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

**Dated:**     **August 29, 2025**
              **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**