UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHARLES FRANZ, INDIVIDUALLY AND ON :
BEHALF OF ALL OTHERS SIMILARLY SITUATED,, :
                             *Plaintiff,* :
                                        :    23-cv-11288 (ALC)
         -against-                        :    **ORDER**
                                        :
NATIONAL FOOTBALL LEAGUE, et al., :
                             *Defendants.* :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      In follow-up from this afternoon's status conference in this action, the Court hereby **ORDERS** (1) the stay in this action to be lifted; (2) the briefing in Defendants' motions to dismiss proceeds as follows: opening briefs due **November 10, 2025**; opposition brief due **January 6, 2026**, and replies due **January 30, 2026**; and (3) that the Parties file a Joint Status Report as to the status of settlement discussions on **October 3, 2025**.

**SO ORDERED.**

Dated:     **September 3, 2025**
              **New York, New York**

                                                       **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**