**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHARLES FRANZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE, et. al.,

Defendants.

Case No. 1:23-cv-11288-ALC

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff and prospective class representative Charles Franz hereby appeals, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York entered on September 29, 2026, granting Defendants' motions to dismiss, ECF No. 61, and made final by the Order Terminating Case entered on October 19, 2026, ECF No. 63.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Matthew S. Tripolitsiotis*
Matthew S. Tripolitsiotis
**BURNS CHAREST LLP**
757 Third Ave, 20th Floor
New York, NY 10017
Telephone: (469) 895-5269
Email: mtripolitsiotis@burnscharest.com

Claire B. Curwick
**BURNS CHAREST LLP**
201 St. Charles Ave., Suite 2900
New Orleans, LA 70170
Telephone: (504) 799-2845
Email: ccurwick@burnscharest.com

Ian Baize
**BURNS CHAREST LLP**
2445 M Street NW, Suite 740
Washington, DC 20037
Telephone: (202) 577-3977
Email: ibaize@burnscharest.com

Warren T. Burns
**BURNS CHAREST LLP**
901 Main Street, Suite 5800
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: wburns@burnscharest.com

*Attorneys for Plaintiffs*